UNPUBLISHED

FILED:   January 31, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1910
(1:07-cv-01985-DKC)
_____

YURI J. STOYANOV,

      Plaintiff - Appellant,

    v.

CHARLES BEHRLE, Individually and in his Official Capacity as the Head of the Carderock Division; GARY M. JEBSEN, Individually and in his Official Capacity as the Head of Code 70; KEVIN M. WILSON, Individually and in his Official Capacity as the Head of Code 74; BRUCE CROCK, Individually and in his Official Capacity as the Head of Code 743; DAVID CARON, Individually and in his Official Capacity as Assistant Counsel Code 39; CATHERINE KISSMEIER, Individually and in her Official Capacity as Counsel Code 40; GARTH JENSEN, Individually and in his Official Capacity as Deputy Head Code 70; MARY (CATHY) FOWLER, Individually and in her Official Capacity as Administrative Officer Code 70; KENNETH FORMAN, Individually and in his Official Capacity as Head of Code 73; KENNETH GOLDMAN, Individually and in his Official Capacity as Head of Code 71; ARCHER MACY, Individually and in His Official Capacity as the Head of Naval Surface Warfare Center; RAY MABUS,

      Defendants - Appellees.

_____

O R D E R
_____

Yuri J. Stoyanov petitions for en banc rehearing.  Upon consideration, the court grants panel rehearing.  The clerk is directed to assign a new panel on rehearing of this case.

As no judge in active service has requested a poll on the petition for en banc rehearing, the court denies the petition.

For the Court

/s/ Patricia S. Connor, Clerk